

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-9-2012

# Jeffrey Bey v. USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-4477

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Jeffrey Bey v. USA" (2012). *2012 Decisions*. Paper 1428.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1428

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

GLD-092                                                    NOT PRECEDENTIAL

## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT
_____

No. 11-4477
_____

IN RE: JEFFREY BEY,

                                         Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the
Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 02-cv-00684)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
January 20, 2012

Before:  FUENTES, GREENAWAY, JR., and STAPLETON, Circuit Judges

(Opinion filed: February 9, 2012)
_____

OPINION
_____

PER CURIAM.

Jeffrey Bey, a federal inmate, has filed a pro se petition for a writ of mandamus

under 28 U.S.C. § 1651, asking this Court to compel the United States District Court for

the Eastern District of Pennsylvania to docket Bey's pleading titled "Application to Raise

a Federal Question of Law Pursuant to Title 28 U.S.C. § 1331."  Bey contends that the

district court "refuses to file and docket" this pleading.   Petition at 1.

Mandamus is available in extraordinary circumstances only.  In re Diet Drugs

Prods. Liab. Litig., 418 F.3d 372, 378 (3d Cir. 2005). Bey has not shown any basis for mandamus relief. The docket sheet for E.D. Pa. Crim. No. 02-cr-00684 reflects that Bey's "Application to Raise a Federal Question" was in fact docketed and filed on September 28, 2011, and the same pleading was docketed and filed again on two additional occasions after Bey had resubmitted it. See Docket Entries 104-106. Thus, contrary to Bey's suggestion, the district court has not refused to docket and file his pleading. Accordingly, we will deny the petition for a writ of mandamus.